**No. 09-6977. Daryl Lawrence, Petitioner v. United States.**

559 U.S. 1009, 130 S. Ct. 1879, 176 L. Ed. 2d 368, 2010 U.S. LEXIS 2587.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 555 F.3d 254.